L. H. DINSMORE v. STATE.

No. A-1133.  Opinion Filed September 5, 1911.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

PER CURIAM. On the 6th day of March, 1911, judgment was rendered against appellant in the county court of Kiowa county for a violation of the prohibitory liquor law and his punishment was assessed' at a fine of $500 and six months confinement in the county jail. From this judgment the appellant has prosecuted an appeal to this court. The Attorney General moves that this appeal be dismissed because the appellant is a fugitive from justice and is not subject to the jurisdiction of this court. These facts being made to appear to the satisfaction of this court, the motion to dismiss the appeal is sustained and the appeal is therefore dismissed.

FRANK MOORE v. STATE.

No. A-1125.  Opinion Filed September 5, 1911.

Appeal from Pottawatomie County Court; E. D. Reasor, Judge.

PER CURIAM. On the 2nd day of March, 1911, judgment was rendered against appellant in the county court of Pottawatomie county and he was sentenced to pay a fine of $100 and 30 days imprisonment in the county jail for a violation of the prohibitory liquor law. The time granted by statute for perfecting appeals was not extended by the trial court. Appellant did not perfect his appeal in this court until the 2nd day of May, 1911. The 60 days allowed by statute for perfecting appeals expired on the 1st day of May, 1911. As the appeal was not perfected within the time required by law, this court did not acquire jurisdiction of this cause and the appeal is therefore dismissed.